**Order filed June 14, 2016**



In The

# Fourteenth Court of Appeals

———————

NO. 14-16-00419-CV

———————

**LBX LIGHTING, INC., Appellant**

**V.**

**ESMAT F. SIDAROS D/B/A THE HOUSE OF CHANDELIERS & HOME ACCENTS, Appellee**

---

**On Appeal from County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 1030107**

---

## O R D E R

This is an appeal from a judgment signed February 8, 2016. Appellant timely filed a post judgment motion. The notice of appeal was due May 9, 2016. *See* Tex. R. App. P. 26.1. Appellant, however, filed his notice of appeal on May 19, 2016, a date within 15 days of the due date for the notice of appeal. A motion for extension of time is necessarily implied when the perfecting instrument is filed within 15 days of its due date. *Verburgt v. Dorner,* 959 S.W.2d 615, 617 (Tex. 1997). Appellant did

not file a motion to extend time to file the notice of appeal. While an extension may be implied, appellant is still obligated to come forward with a reasonable explanation to support the late filing. *See Miller v. Greenpark Surgery Center Assocs., Ltd.*, 974 S.W.2d 805, 808 (Tex. App.—Houston [14th Dist.] 1998, no pet.).

Accordingly, we **ORDER** appellant to file a proper motion to extend time to file the notice of appeal by **June 24, 2016**. *See* Tex. R. App. P. 26.3;10.5(b). If appellant does not comply with this order, we will dismiss the appeal. *See* Tex. R. App. P. 42.3.


PER CURIAM